| | |
|---|---|
| 1 | |
| 2 | Diane Stanfield (CA State Bar No. 106366) |
| 3 | Leib M. Lerner (CA State Bar No. 227323) |
|   | ALSTON & BIRD LLP |
| 4 | 333 South Hope Street, Sixteenth Floor |
|   | Los Angeles, CA  90071 |
| 5 | Telephone: (213) 576-1000 |
|   | Facsimile: (213) 576-1100 |
| 6 | diane.stanfield@alston.com |
|   | leib.lerner@alston.com |
| 7 | Attorneys for Interested Party and |
|   | Appellant Ninestar Technology Co. Ltd. |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| In re | Bankruptcy Case No.: 10-30596 |
| TOWN SKY, INC., | Related Case:  on Appeal to |
| Debtor. | District Court Case No:  CV 11-03893 SBA |
| NINESTAR TECHNOLOGY CO. LTD., | [PROPOSED] ORDER GRANTING STIPULATION FOR DISMISSAL OF APPEAL WITH PREJUDICE |
| APPELLANT, | |
| v. | |
| SEIKO EPSON CORPORATION, EPSON AMERICA, INC., EPSON PORTLAND INC., AND JANINA M. HOSKINS, CHAPTER 7 TUSTEE, | |
| APPELLEES. | |

THE COURT, having considered the STIPULATION FOR DISMISSAL OF APPEAL WITH PREJUDICE,

HEREBY ORDERS THAT:

The appeal of Ninestar Technology Co., Ltd. from the Order of the Bankruptcy Court for the

1

Northern District of California granting Seiko Epson Corporation, Epson America, Inc., and Epson Portland Inc. Leave, Standing, and Authority to Prosecute Causes of Action on Behalf of the Debtor's Estate is hereby dismissed with prejudice.

DATED: 5/7/12

*Saundra B. Armstrong*
Judge Saundra Brown Armstrong
United States District Judge