Diane Stanfield (CA State Bar No. 106366)
Leib M. Lerner (CA State Bar No. 227323)
ALSTON & BIRD LLP
333 South Hope Street, Sixteenth Floor
Los Angeles, CA 90071
Telephone: (213) 576-1000
Facsimile: (213) 576-1100
diane.stanfield@alston.com
leib.lerner@alston.com

Attorneys for Interested Party and
Appellant Ninestar Technology Co. Ltd.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>TOWN SKY, INC.,<br><br>    Debtor.<br><br>NINESTAR TECHNOLOGY CO. LTD.,<br><br>    APPELLANT,<br><br>v.<br><br>SEIKO EPSON CORPORATION, EPSON AMERICA, INC., EPSON PORTLAND INC., AND JANINA M. HOSKINS, CHAPTER 7 TUSTEE,<br><br>    APPELLEES. | Bankruptcy Case No.: 10-30596<br><br>Related Case: on Appeal to<br><br>District Court Case No: CV 11-03893 SBA<br><br>**[PROPOSED] ORDER GRANTING STIPULATION FOR DISMISSAL OF APPEAL WITH PREJUDICE** |

THE COURT, having considered the STIPULATION FOR DISMISSAL OF APPEAL WITH PREJUDICE,

HEREBY ORDERS THAT:

The appeal of Ninestar Technology Co., Ltd. from the Order of the Bankruptcy Court for the

1

Northern District of California granting Seiko Epson Corporation, Epson America, Inc., and Epson Portland Inc. Leave, Standing, and Authority to Prosecute Causes of Action on Behalf of the Debtor's Estate is hereby dismissed with prejudice.

DATED: 5/7/12

*Saundra B. Armstrong*
Judge Saundra Brown Armstrong
United States District Judge